UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| VICKIE Y. DAMRON, ) | |
| ) | |
| Plaintiff, ) | Civil No. 7:16-cv-00086-GFVT |
| ) | |
| V. ) | |
| ) | **ORDER** |
| NANCY A. BERRRYHILL, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Commissioner's Status Report and Motion to Extend Stay. [R. 42.] The court previously stayed this case pending the Commissioner's decision on whether to seek further action from the Sixth Circuit. [R. 41.] On February 6, 2019, the Commissioner filed a petition seeking rehearing and rehearing en banc in *Hicks v. Comm'r of Soc. Sec.*, -- F.3d --, 2018 WL 6072336 (6th Cir. 2018). [R. 42 at 1.] A response by the Plaintiffs in that matter was due February 21, 2019. *Id*. The Sixth Circuit has not yet issued a mandate in that matter, and the Commissioner requests the Court permit this case to remain stayed until that time. Ms. Damron has filed no objection to the Commissioner's request and the time to do so has now expired. LR 7.1.

The Court has reviewed the record of this action and the other related actions throughout the Eastern District of Kentucky. Upon review, the Court finds that continuing to hold this case in abeyance is appropriate for the sake of judicial efficiency and to prevent disparate treatment of litigants across the Eastern District. Being sufficiently advised, the Court hereby **ORDERS** as follows:

1. The Commissioner's Motion to Extend Stay [**R. 42**] is **GRANTED**;

2. This action shall continue to be **STAYED** until the Sixth Circuit issues a mandate in *Hicks v. Comm'r*; and

3. The Commissioner of Social Security is **DIRECTED TO FILE** a status report **every twenty-one (21) days beginning March 21, 2019**, updating this Court on the status of Sixth Circuit proceedings in *Hicks v. Comm'r*.

This the 8th day of March, 2019.

Gregory F. Van Tatenhove
United States District Judge